566 So.2d 255 (1990)
Junior McPHERSON, Petitioner,
v.
STATE of Florida, Respondent.
No. 73295.
Supreme Court of Florida.
September 6, 1990.
Richard L. Jorandby, Public Defender, and Margaret Good, Asst. Public Defender, West Palm Beach, for petitioner.
Robert A. Butteworth, Atty. Gen., and Joan Fowler, Asst. Atty. Gen., West Palm Beach, for respondent.
BARKETT, Judge.
We have for review McPherson v. State, 530 So.2d 1029 (Fla. 4th DCA 1988), in which the district court affirmed on authority of State v. Avery, 531 So.2d 182 (Fla. 4th DCA 1988). We have jurisdiction. Art. V, § 3(b)(3), Fla. Const. Avery was quashed by Avery v. State, 555 So.2d 351 (Fla. 1989), pursuant to our decision in Bostick v. State, 554 So.2d 1153 (Fla. 1989), petition for cert. filed, No. 89-1717 (U.S. Apr. 26, 1990). Accordingly, we quash the opinion of the district court, and remand for proceedings consistent with Bostick.
It is so ordered.
SHAW, C.J., and EHRLICH, GRIMES and KOGAN, JJ., concur.
OVERTON and McDONALD, JJ., dissent.